M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Stanley Tyrone Jarrett
Full name and prison name of
Plaintiff(s)

2007 OCT 10 A 9: 33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

v.

CIVIL ACTION NO. 2:07-CV-911-MHT
(To be supplied by Clerk of U.S. District
Court)

City of Montgomery
Warden Collins
Asst Warden Brantley
Officer Jenkins
Kitchen Supervisor - Turner

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Montgomery City Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Montgomery City Jail_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Warden, W.R. Collins | Montgomery City Jail |
| 2. | Asst. Warden, Brantley | Montgomery City Jail |
| 3. | Officer Jenkins | Montgomery City Jail |
| 4. | City of Montgomery | Montgomery City Jail |
| 5. | Ms. Turner - Kitchen Supervisor | Montgomery City Jail |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Cruel and Unusual Punishment_
_I've wrote Warden Collins also Asst. Warden Brantly about this._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I'm assigned to Cellblock 3-B which is very unsanitary. Sheets and blankets hasn't been changed or washed in months. Virus and infection is spreading around from inmate to inmate. Inmates are not able to shower daily because towels are not passed out daily. Jailers are holding Kangaroo Court on inforcing the rules. I wasn't given a handbook, rule book or orientation. Jail don't even follow the rules of the handbook.

GROUND TWO: Negligence

Warden Collins also Asst Warden Brantley about these grounds

SUPPORTING FACTS: After an inmate jumped off his top bunk bed onto my back when i was laying on the floor of a over crowded cell my request to see the nurse and/or doctor was ignored. Knowing about the unsanitary conditions such as ____ bunks, the shower is normally out of order. Inmates aren't given shower towels but approximate 2 days a week. Sheets and Blankets haven't been changed or washed for the stay of any inmate in 3-B cell which ____ ____

GROUND THREE: Discrimination

After getting shots to work in the kitchen and getting the O.K. from the nurse Kitchen Supervisor - Turner dismissed my attemp because i'm Stanley Jarrett

SUPPORTING FACTS: Montgomery City Jail also house Federal Inmates. Only federal inmates have access to Legal Publications regarding his or her cases, or crimes. After request for any Legal Publications or access to publications regarding Municipal Inmates, or any information on Inmate rights, Municipal Court Cases, or on Appeals. The only thing i recieved was Federal Sentencing Guidelines Manual 2006, vol I have been denied access to rule books for Municipal Inmates, but i get threaten daily if i break one. Because of my knowledge of the law i've not been able to work or do anything outside the cell. Today 10-2-07 Officer Jenkins told me the reason i can't go to work in the kitchen is because i've come back with that shit. Officer Jenkins hand-picked people and volunteers but because of this action of complaint, and myself helping others with their complaints i've been blackballed from jobs through-out the Montgomery City Jail.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want sheets and blankets washed weekly. Rule Books be available to ever inmates and for Officer to abide by it also. I would like to be compensated for mental stress, pain & suffering. Also put Legal publications reguarding Inmate right for Municipal Inmates, information on Municipal Court Cases, and Appeals. Want access to Knowage about Municipal Court, and Cases. Please investigate Medicial Treatment

_Stanley Jarrett_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10-2-07__.
(Date)

_Stanley Jarrett_
Signature of plaintiff(s)

Subscribed and sworn to before me in my Presence, this _2nd_ day of _October_ _2007_, a Notary Public in and for the County of _Montgomery_ State of _Alabama_
_Lisa Hampton Davis_
(Signature)          Notary Public

My Commission Expires _March 17, 2009_

## Ground Four: Promoting Hazardous Conditions

In Cell Block 3-B inmate Sam, getting off his bunk, jumped off his top bunk, jumped off his top bunk bed intending to land on the floor but came down on inmate's Stanley Jarrett's back who was asigned to the floor. Inmate Jarrett asked to see the Nurse or Doctor immediately. It took approximately 2 weeks for a response to my request. The only help Jarrett has recieve from the doctor is Tylenol. Jarrett often loses the sense feel in his hand and feet, also stays in contentious pain. Now Jarrett has gained a bed but on each side of his bed an inmate sleeps on the floor. There is no way to get off his bed without stepping on a inmate or his mattress. This Jail is over crowded with mostly Traffic Violators, which does not hold a threat of danger to the community. Sheets or blankets are not being washed or changed at at all. Towels are, and have been past out then taken up 1 sometime 2 days a week, there fore inmate's hygiene is poorly kept. Virus, Diseases, and other illnesses are, and have been spread around the cell from inmate to inmate.

## Ground Five: Malicious Persecution

Because of me being out spoken about my rights concerning Inmate rights, Inmate handbooks, cleanliness of myself and others in this Montgomery City Jail. I've been Black Balled from jobs around the City Jail. I also have a Trail date for 16th day of Nov. 07, but have been unable to view or get a response to any request or any motions to the Muncipal Court. I asked for publication concerning Muncipal Cases pertaining to my cases or Inmates Rights, but was given Federal Sentencing Guildlines Manual Vol. 1. Which does not pertaining to nothing I'm going through.

