In The United States District Court
for The
Middle District of Alabama

RECEIVED
2007 OCT 25 A 10:29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Stanley Tyrone Jarrett ) Civil Action No. 2:07-CV-911-MHT
   plaintiff )
   -V- )
City of Montgomery )
   Defendant )

## Motion To Investigate Tampering of Legal Mail

Now comes plaintiff Stanley Tyrone Jarrett asking the Honorable Judge Terry F. Moorer to launch an investigation about mail tampering from Office Of The Clerk, for the following reasons.

1. Plaintiff Jarrett received mail from the Office of the Clerk on 10-18-07 which was marked 10-16-07 by US Postage

2. When plaintiff Jarrett received mail from Office of the Court, [illegible] taped back together.

3. Plaintiff Jarrett the showed Officer J. Besteder the envelope in which he agree that Jarrett's mail had been opened, tampered with then taped by together with clear tape.

4. Papers are missing from the Jarrett's mail which is believed to be instructions from the Court.

5. Because of the missing pages of the plaintiff's mail, it's no way for Jarrett to know the other from the Court or follow instructions from the Court.

6. Plaintiff Jarrett only recieved pages 1, 3, 4, 7 of my mail.

7. The pages were taken by the City of Montgomery to purposely cripple the Plaintiff's Civil Action.

8. Enclosed with this Motion is the envelope in which was opened and taped back. Which is evidence of my claim. Please put envelope with file or return to plaintiff.

I Stanley Jarrett swear that every word of this motion is correct to the best of my knowledge.

10-23-07
Date

*Stanley Jarrett*
Signature