In The United States District Court
For The
Middle District of Alabama

Stanley Tyrone Jarrett ) Civil Action No. 2:07-CV-911-MHT
plaintiff
-V-
City of Montgomery
Defendant

## Motion To Investigate Treatment of Plaintiff

Now comes plaintiff Stanley Tyrone Jarrett ask the Honorable Judge Terry F. Moorer to order and investigation, and monitor treatment of Plaintiff for the following reasons.

1. From the moment Jarrett filed for Civil Action i've been treated very cruel.

2. Plaintiff don't get answers to request, or grievance forms.

3. While helping Officer J. Besteder fix drink for inmates, supervisor Officer Rogers told Plaintiff to go back to the cell. When Plaintiff asked why Supervisor Rogers said you know why, Plaintiff didn't know, so he asked again, then Supervisor Rogers said they don't want you on the floor because you are suiting, the City of Montgomery.

4. Now Officers avoid any answers to question plaintiff ask.

5. Plaintiff now ask the Honorable Court to consider the release of plaintiff on property bond until the outcome of this case.

6. Please send me the instructions from the Court because pages are missing in the last response from the Court.

I Stanley Jarrett swear that every word of this motion is correct to the best of my knowledge

10-23-07
Date

Stanley Jarrett
Signature