```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000965
Cashier ID: cstrecke
Transaction Date: 10/26/2007
Payer Name: MONTGOMERY MUNICIPAL JAIL
------------------------------------
PLRA CIVIL FILING FEE
 For: STANLEY TYRONE JARRETT
 Case/Party: D-ALM-2-07-CV-000911-001
 Amount:         $10.00
------------------------------------
CHECK
 Remitter: MONTGOMERY MUNICPAL JAIL
 Check/Money Order Num: 009289
 Amt Tendered: $10.00
------------------------------------
Total Due:      $10.00
Total Tendered: $10.00
Change Amt:     $0.00
```

DALM207CV000911-MHT

MONTGOMERY MUNICIPAL JAIL

FOR STANLEY TYRONE JARRETT

P O BOX 159
MONTGOMERY, AL  36101