IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY TYRONE JARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-911-MHT |
| | ) |
| CITY OF MONTGOMERY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of the motions to investigate filed by the plaintiff on October 25, 2007 (Court Doc. No. 7 and Court Doc. No. 8), and as the court does not deem it appropriate to undertake such action, it is

ORDERED that these motions be and are hereby DENIED.[1]  The Clerk is DIRECTED to provide the plaintiff with complete copies of the orders entered by the court on October 16, 2007.

Done this 29th day of October, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiff is advised that if he seeks to challenge the constitutionality of the actions about which he complains in these motions he may present such claims in a 42 U.S.C. § 1983 action.