## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **STANLEY TYRONE JARRETT**, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. **2:07-CV-911-MHT-TFM** |
| | ) | |
| **CITY OF MONTGOMERY**, et al., | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME

COME NOW Defendants City of Montgomery, W. Collins, M.E. Brantley, Marie Jenkins, and Helen Turner, and respectfully move this Court for an extension of time in which to file their written report and answer, and as grounds say:

1.      On October 16, 2007, this Court ordered the Defendants to file a written report and answer in this matter by November 26, 2007.

2.      It was anticipated that all requisite affidavits and medical records could be obtained by the deadline, but especially with the intervening holiday, gathering these materials has taken longer than anticipated and is not yet complete.

3.      This Court has determined that Plaintiff does not require immediate relief (Doc. 10), and Defendants submit that Plaintiff would not be unduly prejudiced by a brief delay of these proceedings to allow Defendants to adequately prepare their response.

WHEREFORE, Defendants respectfully request an extension of time in which to file their written report.

Respectfully submitted this 26th day of November 2007.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Attorney for Defendants

**OF COUNSEL**
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 26, 2007, I mailed the foregoing via U.S. Mail,

first-class postage prepaid, addressed as follows:

        Stanley Jarrett
        Montgomery Municipal Jail
        Post Office Box 159
        Montgomery, Alabama 36101

                    /s/ Allison H. Highley
                    Of Counsel