IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY TYRONE JARRETT )  | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-911-MHT |
| ) | |
| ) | |
| CITY OF MONTGOMERY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pending before the Court is Defendants' *Motion for Extension of Time* (Doc. 11, filed November 26, 2007). For good cause, it is **ORDERED** that the *Motion for Extension of Time* (Doc. 11) is **GRANTED**. Defendants are given a ten (10) day extension to file the special report.

Done this 27th day of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE