Stanley Tyrone Jarrett
   Plaintiff

-V-

City of Montgomery, et al,
   Defendants

Civil Action N. 207-CV-911-MHT

**Motion for Ruling of Defendant's Motion for 2nd Extension of Time,**

Comes now Plaintiff, Stanley Tyrone Jarrett asking the Honorable Judge Terry F. Moorer to Reprimand the Defendants for not following the Court's Order, and not allow another extension of time.

1. Defendants had 40 days to follow the Honorable Court's order.

2. The Honorable Court already granted 1 extension of time.

3. The Plaintiff have also waited for the defendant to follow the Honorable Court's order.

4. Like the Court, Plaintiff would like this case over soon as possible.

5. Plaintiff recognize the mistreatment he's receiving due to the complaint filed against their fellow Officers, and Officials.

6. The Plaintiff have faith that the Honorable Court will recognize the defendant's illusions.

## Certificate of Service

I hereby certify that on 12-11-07, i mailed a true copy of the foregoing by U.S. postage, addressed as follows:

Allison H. Highley
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101

_Stanley Jarrett_   12-11-07
Stanley Jarrett       Date

Subscribed and sworn to before me in my Presence, this 11th day of December 2007, a Notary Public in and for the County of Montgomery, State of Alabama
_Lisa Hampton Davis_
(Signature)         Notary Public
My Commission Expires March 17, 2009

Stanley [illegible]
[illegible] Jail
P.O. Box 159
[illegible]
[illegible]

MONTGOMERY AL 361
12 DEC 2007 PM
USA 41

INMATE MAIL
MONTGOMERY CITY JAIL

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery Alabama
[illegible] 711

36101+0711