IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STANLEY TYRONE JARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-911-MHT |
| | ) | |
| CITY OF MONTGOMERY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTIONS

Upon review of the document filed by the plaintiff on December 13, 2007 (Court Doc.

No. 15), which the court construes as a motion to strike the defendants' motion for extension

of time (Court Doc. No. 11), and as such action is not warranted in this case, it is

ORDERED that the motion to strike be and is hereby DENIED.

Done this 13th day of December, 2007.


　/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE