IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **STANLEY TYRONE JARRETT**, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. **2:07-CV-911-MHT-TFM** |
| ) | |
| **CITY OF MONTGOMERY**, et al., ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW Defendants City of Montgomery, Willie Collins, Mary Brantley, Marie Jenkins, and Helen Turner, defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The City of Montgomery is a governmental entity. Willie Collins, Mary Brantley, Marie Jenkins, and Helen Turner are individuals. There are no reportable entities for these parties.

Respectfully submitted this 27th day of December, 2007.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Counsel for Defendants
City of Montgomery, Willie Collins, Mary
Brantley, Marie Jenkins, and Helen Turner

OF COUNSEL:
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone

CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, I sent a true and correct copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to:

> Stanley Jarrett
> Montgomery Municipal Jail
> Post Office Box 159
> Montgomery, Alabama 36101

/s/ Allison H. Highley
Of Counsel