Stanley Tyrone Jarrett
    plaintiff                                    Case No. 2:07-CV-911-MHT-TFM

-v-

City Of Montgomery, et al,
    defendants

## Motion for Extension

Comes Now, plaintiff ask the Court for Extension of time for the following reasons.

1. Most my witnesses has gotten out of jail or moved to another cell in which my efforts are being blocked by jail officials.

2. I have no access to make copies of Motions, Statements, Witnesses, or Reports. Officers will not allow me to make copies.

3. I've have yet to know the extent of my back injury, in which i'm scheduled to see a surgeon, but not allowed to know when or where because of security reasons.

4. I have no access to any legal publications at all.

5. Although i have some witness statements, my reply to the defendants statements is still not complete.

6. The Notary Public haven't answered my requests for papers notarized.

7. My release date is 2-7-08, then i'll have unlimited resources to complete the tasks athand.

8. I've been prescribed narcotic medications for pain, along with muscle relaxers, and a sleep aid. Which slow my attention span down, and make me sleep most of the day.

9. I have a reply to the defendants statements but i don't have any copies, or the corporation of officers or Jail Officals to make copies

10. Any attempt i make to meet the Honorable Court's orders are blocked by jail Officals.

11. I have alot of proof of the charges i made against the defendants but i have no trust in the process of the City Jail to put my only evidence in the hands of the defendants without a single copy.

12 In closing i ask the court to understand the problem i have and grant an extension.

I Stanley Tyrone Jarrett swear the above statements to be true, and also i'm sending a hand written copy to the defendants Attorney.

Stanley Tyrone Jarrett
Montgomery Municipal Jail
Post Office Box 159
Montgomery, Alabama 36101

1-7-08
date

_Stanley T. Jarrett_
signature



Allison H. Highley
Counsel for Dendants
City of Montgomery Willis Collins
Mary Brantley, Marie Jenkins
Helen Turner

Stanley T. Jarrett
Montgomery City Jail
P.O. Box 159
Montgomery Al. 36101

MONTGOMERY AL 361
08 JAN 2008 PM
USA 41

INMATE MAIL
MONTGOMERY CITY JAIL

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery Al.
36101-0711