In The United States District Court for
The Middle District of Alabama
Northern Division

RECEIVED

2008 FEB 12 A 10: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Stanley Tyrone Jarrett } Case No. 2:07-CV-911 MHT-TFM
plaintiff }
-V- }
City of Montgomery, at, el }

MOTION FOR EXTENTION

Now Comes, plantiff Stanley Tyrone Jarrett asking the Honorable Court to grant and Extention for the following reasons.

1. Plaintiff will give to court what he has so far.

2. Plaintiff asks the court to grant more time to recieve the full report

3. Plaintiff was recently released from the Montgomery City Jail and is now seeking an attorney.

(2)

I notify that I've sent a copy to the attorneys Office of the Defendants

2-11-08

Date

Stanley Jarrett

signature

Exhibit A
③
TV
FRONT
BACK WALL-RIGHT
OVER CROWDED
ON FLOOR SLEEP
WATER
SLEEPING UNDER EATING TABLE
WALK WAY
MIDDLE OF FLOOR
NO ROOM
ON FLOOR
FOOD TRAY ON FLOOR
WALK WAY
UNDER BUNK ON FLOOR
MIDDLE
ON
BIBLE
1 of 1

Stanley Tyrone Jarrett's Affidavits

My name is Stanley Tyrone Jarrett and i'm an inmate at the Montgomery City Jail. I'm of sound mind and this is a affidavit.

1. Inmates are not required to stay close shaven at all time as Mary Brantley claims. In fact we are allowed to grow hair anywhere and any way we want.

2. Living quarter are not cleaned regularly

3. The top of every mattresses are never cleaned off daily and wiped with a clean dust cloth and all beds are not washed weekly with hot soapy water, by removing the mattresses aside. The fact is that these things are never done. That was another lie told by Mary Brantley.

4. Officers started passing towels out 3 times a week around the second week of October 07. when they got new towels. Before then we was giving towels to use 1 sometime 2 times a week.

5. Mary Brantley stated sheets and blankets are changed out at least once a week. That's another lie. Sheets and blankets have never been changed out but once doing the hold time i've been here, and i've been here almost 4 months. Sheets and blanket's was only changed on the 12-6-07 by Officer Marshall.

6. Mary Brantley stated that all bars are wiped down and cleaned once a week, and walls are washed monthly. All bar's haven't been wash doing my stay at the Montgomery City Jail.

(2) 2 of 3

on 12-06-07 by Officer Marshall. We of 3-B wasn't getting towels 3 times weekly until approximate 10-7-07, Before 10-7-07 1 sometimes 2 times a week, and now the towels has stopped being past out and we were never left, until we the inmates recieve another one. Today is 12-22-07 and the last time we were given a towel was 12-15-07, and we have no towel at all. The shower was out of order unless you prime the shower for about 15 minutes before a shower, in order.

5. Colds and staphylococus is spreading from inmate to inmate with some cases worse then the other, Which because of uncleanliness.

6. My request to see the doctor was ignored until approximate 11 days later. So i suffered with unbearable pain until then. I wrote request for the Doctor, also request to see the nurse which was ignored. By the time i seen the Doctor my swelling had gone down but the pain in my back has gotten worst.

7. There is no legal library for Municipal inmate, There is no legal books at all. Because he feels if we don't have a felony we're not important. Myself and other inmates just plead guilty because we know we will go home. Because we have no way to read up on our cases. In my case there was no lawyer present to represent me on my trail date, then the Judge said to me, if you plead guilty to this case i'll give you time served. I plead guilty but i wasn't guilty. I just knew i wouldn't get no time. If there was law library here i would have fault my cases.



7. We of Cell block 3-B was never seen or given a Standard Operating procedure Manual, We was never given a inmate handbook.

8. I wrote request from the time my back was hurt which was approximate the day after i got here. I was treated for back pain on September 25, 07 and still being treated for back pain at this time. Because of the inmate jumped of his bunk on my back, in this over crowded cell, of mostly traffic fines. We are forced to sleep on the floor, and or our beds.

9. The capacity of inmates, being over crowded is part of the reason diseases spread like they do. It's more important to the City of Montgomery to lock us up in a over crowded jail which become hazardous. Then to give and inmate more time to pay. Because the City of Montgomery can always get them later which is traffic violators.

10 Addition to municipal inmates, a number of federal inmates are housed here at the Municipal Jail. But federal inmates are not sleeping on the floors. Their cells are not over crowded. The Municipal Jail should first be concerned with Municipal inmates.

11. Alot of inmate work two or three jobs while others inmate don't have one.

12. This is not the best the they can do. They can let a inmate

(7)

In The United States District Court for
the Middle District of Alabama
Northern Division

Stanley Tyrone Jarrett
plaintiff
-V-
City of Montgomery, etal.

Case No. 2:07-CV-911-MHT-TFM

Answer to Affidavit of Willie Collins

Now Comes, plaitiff Stanley Tyrone Jarrett swear to tell the truth about the statements made by Willie Collins: Affidavit 1-16.

1. True, his name is Willie Collins.

2. True, he's the Warden of the Montgomery Municipal Jail.

3. It's false, a copy of inmate handbook is not provided in the cell block. They do not make copies available for any inmates that request an additional copy. Jailer are holding Kangaroo Court, on inforcing the rules because we don't get rule books so to only person know the rules is the officer. Officers here are quick to punish inmates [illegible]

4. It's false, that sheets and blankets are changed weekly. Sheets and blankets have only been past out 1 time in Cell block 3-B doing my stay in cell block 3-B. All sheets and blankets were changed



1 turn over People sleeping under tables, and in between beds.
12. I gained a back injury because an inmate jumped off a Top Bunk onto my back. I have constant back pain that never stops. My injury happen because this jail is overcrowded. My back is a major part of my life. I remodel houses and i need a healthy back like it was when i came in. I can not make a living with a bad back.
This is a health hazard. The only walking space we have for 25 to 28 inmates in a 18 inmate cell is the toilet area which is approximate 6 X 8 foot area. Inmates can not get off bed without steping on a inmate or an inmate's mattress. This is inhuman. (see picture on Exhibit A)
13. It's true that some people be sick when they get [illegible] there is no medical evaluation done on inmates before being p[illegible] in population, and now the population is sleeping 6 inches apart. So the sick inmates carry germs, and disease from inmate to inmate.
14. Inmates do not keep their towels until they are issued fresh towels. When towels are given out they are picked up in one to three hours. Inmates are <u>never</u> given a towel until they are issued fresh ones. Inmates don't always have a towel.
15. The inmates handbook is approximate 20 pages. The standard Operating Procedure Manual is over 100 pages. Doing the 4 months i've been here i haven't seen eighter. I've asked for the inmate handbook many times, and never recieved one.
16. Doing my stay from Sep. 13, 07 until now i never seen a G.I. day on tuesday. On 12-11-07 was the first time we was given anything to wipe off the beds, 12-11-07 was the first time everybody sheets and blankets were changed. Today is tuesday G.I. day as officers call it, but no one changed sheets and blankets.

17. Warded Collins says he's familiar with Stanley Jarrett. Warden Collins and never ever held a conversation, a hello, nore a goodbye, or anything of the sort with Stanley Jarrett. The Warden don't walk around the notice what's going on. Doing my stay here at the City Jail i never seen the warden walk past or Stop to notice what's wrong.

18. There is not any of the Medical Staff available after approximate 5:30 p.m. then it's up to the guard to decide if you are sick enough to seek medical help.

19. I was fired off the floor man 2nd shift job by Officer Welch because of Civil case against the City of Montgomery. He keep saying Stanley i heard you had a Civil sue against the City. [illegible] i wouldn't Comment about my case [illegible]. The next day a fellow inmate come to me and told me Officer Welch [illegible] him my job. Approximate 2 days later Officer Welch [illegible] the inmate that warned me.

20.

(10) 1 of 2 1/4/08

Marcus T Greene Hampton

Ground One:

I would like to start off saying that I been here sence 11/16/07 I was not given a [illegible] bed or a rack bunk. I and assigned to Cell-Block 3B the smell [illegible] is unberable, I Dane seen the sheet and blanket wash one time senc I been here and that becaus I was head to the nurse and seen the Warden and seen him and told him about the smell of the. Inmate [illegible] everyday with cold and [illegible]. They ask for the nurse and the tell them to write a request sheet but when we ask for them the [illegible] Then don't come but every two or three days and the be half wash. But how can we know what wrong or right when there no one to listen.

Ground Two:

It [illegible] no place to sleep why they keep [illegible] the room up. It is 18 Bed in room and 35 people in there, the [illegible] people are on floor and other [illegible] [illegible] injuries they put then under the beds now you can't walk or move without steping or bumping some one.

Ground Three:

They [illegible] pick ever one they want to serve you, [illegible] that a real problem cause half of the people they pick don't take bath or keep thair helth up.

2 of 2

(6) That's A lie About All bars, WAlls And wooden Surfaces like doors have been clean weekly I only Seen that once Since I been locked up. And I been FOR 6 months.

I haven't Seen them Clean, the mops, scrub brushes or the mop bucket Clean since I been here At the City JAil.

(7) I witness that the Shower in 3-B has been out of order. Just as MR. Jarret Claim. I was there when they had maintance to come Repair it. About keep the towel weren't Allow because Just As Soon As we get through the CO's come in take them up we Never Keep them at All.

(8) The Hygien packets with SOAP And tissue I Never Seen any ISSue Since I been here.

(9) I haven't Recieved any Copy of a Standard Operating procedure manual Since been. I thought they were For to give you one when you First get Locked Any way I Never Receive one.

Stanley Tyrone Jarrett
plaintiff
-V-
City of Montgomery
Defendants

Case No. 2:07-CV-911-MHT-TFM

## Response to Hellen M. Turner's Affidavit

1. Yes she's Hellen Turner

2. Yes Hellen Turner is the Kitchen Supervisor

3. A bland diet has nothing to do with my performance as for as working.

4. A bland diet is not a sickness, and i can't danger myself of others because i'm on a bland diet.

5. The medical staff gave my a TB shot than gave me the O.K. to work. Nurse Moore, after i complained to her, called the Kitchen but never got a reason why i couldn't work in the Kitchen.

6. It's true that the only information about Stanley Jarrett she knew was his note asking for a job, and also i recieve a diet tray. There was real no reason she had to deny the plaintiff a job. That is a violation of Mr. Jarrett constitutional rights.

2 of

8, I got a shot, then i got O.K. from the nurse. Than i even got nurse Moore to call the Kitchen because she couldn't understand why i couldn't get a job in the Kitchen, Because there are alot of different jobs in the Kitchen such as floor cleaner, cook, Baker, dish washer, pot washer. After i got the O.K. from the nurse, a shot from the nurse it still wasn't good enough to work in the Kitchen, but than they had pick 4 people out of cell block 3-B were [illegible], then put them in the Kitchen to work without checking on their back ground.



# Affivdavit of Timothy Smith

I, Timothy Smith, hereby testify to the following:

(1) While incarcerated in the Montgomery Municipal Jail, I have seen many malfeasances that occured during the time of December 18, 2007 through December 24, 2007.

(a) Inmates were not issued a hygiene pack once being processed into the system nor tri-wkly.

(b) Towels were not issued as stated in the inmate handbook, but when officers felt compelled to do.

(c) Inmate living quarters are cleaned, but not with hot, soapy water and scouring powder. The water, to the best of my knowledge, is barely room temperature. Also mattresses are not wiped off daily.



(1) Bars are not wiped down daily and walls and not washed monthly.

(2) As in reference to providing law materials to city inmates, it should not matter if the offense is a felony or not. Everyone is due to fair representation under the law, even if that means representing your self in court, so inmates need and have to be keep abreast of current and new changes in the law.

(3) As far as medical care, when I was processed, I told them of the pain in my lower extremities, and was seen only once, and not checked up on again. This should be thought of along the lines of viewing the Geneva Conventions in which prisoners of war are given better health care response than city inmates



(4) As in over crowding, diseases and inmate violence can and took place in the cell next to the one I was in, which should be considered a violation of inmate rights, but also human rights.

(5) Thus as my testimony comes to a close, it is my opinion that if things do not change, the climate in which inmates are suffering from now will only get to the point of a pandemic outbreak of violence and disease.

Further Affiant ends.

Timothy Eton

December 8, 2007

337 West Jeff Davis Apt 18, Montgomery, Alabama 36104

1 of 1

Montgomery Municipal Correction Facility
INMATE REQUEST FORM

Name: Stanley Jarrett

Time: [illegible]

Date: 9-23-07

Booking# [illegible]

Cellblock: 3-B

Please check one of the following:

___Charges/Bond Information
___Food Services
___Hygiene items
___Mail ASSt. Warden Brantley

___Money Information
___Property
___TV Change
___Visitation
_✓_Other

**Briefly state your request (Please Print Clearly)**

Request any Municipal Law Inmate Handbook, and the Municipal Criminal Law News: publications.
Also all information on the appeal process at this city Jail.
Thanks For Your Time
Please Eg: I need for United States District Court + my lawyer
Stanley [illegible]

Request received by officer R.A. Wilkins #579 Date: 9/22/07 @ 1700 hrs

DO NOT WRITE BELOW THIS LINE FOR REPLY ONLY.

**Date:** ____________ **Time:** ____________

**This form should be given to any correction officer.**
**Inmate request forms will be routed to the appropriate supervisor or Administrator.**
**Inmates will receive a copy when a written response is required.**

1071

(18)

Q.A. Wilkins #157
09/23/07

**MONTGOMERY MUNICIPAL JAIL**
**INMATE GRIEVANCE FORM**

**INSTRUCTIONS:**

**FILL IN ALL THE INFORMATION REQUESTED DOWN TO THE BOTTOM LINE. IN DESCRIBING THE GRIEVANCE OR COMPLAINT, GIVE AS MUCH INFORMATION AS POSSIBLE. LIST THE NAMES OF ANY PERSONS INVOLVED, THE DATE OR DATES OF ANY RELEVANT EVENTS. THE SPECIFIC LOCATION OF THE EVENTS OR CONDITIONS.WHEN YOU HAVE FINISHED FILLING OUT THE FORM, GIVE IT TO A JAIL STAFF MEMBER.**

**INMATES:** Stanley Jarrett **DATE:** 9-23-07

**GRIEVANCE:** Medical Staff - Discrimination

**DATE OF EVENT OR CONDITION:** 9-15,16,17,18,19-07

**TIME OF EVENT OR CONDITION:** ________

**PLACE OF OCCURANCE:** Cell 3-B

**GIVE DETAIL:** Getting up off his bunk an inmate comes down on my back and neck causing me great pain, swelling, and lost of feeling in arms, fingers, legs and toes often. I've wrote approximate 6 request for the doctor and nurse. Still i haven't seen a Doctor or Nurse about my back & neck. My complaint on the medical request slip [illegible] was, Hernia, Asthma, Stomach problem, and cold which are all Chronic problems. The only reaction i got was a cold pill which is not working but still never was examine by nurse or doctor yet. I'm going to file a complaint with the District Court A.S.A.P. I've just watched a inmate say his hear hurt, and was escorted to the nurse's station.

**WITNESSESS:**

B. Haygood
[illegible]
[illegible]
[illegible]

**INMATES SIGNATURE:** Stanley Jarrett **DATE:** 9-23-07

You were seen by the Doctor today, 8/25/07.

[signature]



Stanley Tyrone Jarrett
plaintiff

-V-

City of Montgomery, et al
Defendants

Case No. 2:07-CV-911-MHT-TFM

## Witness Interview Affidavits.

Before me is Michael [illegible] who voluntarily answers questions, and understands that he only is to tell the truth.

1. I have been in jail scence 8-3-07. I have been placed in the annex Gym on the floor with some [illegible] 50 inmates and one stool. And no [illegible].
I have caugh Staph infection 2 times

Hazard 2

The cell [illegible] are [illegible] in [illegible] 18 [illegible]
It have been 28 in mates placed here at times.
With a [illegible] Toilet. And [illegible] 2 a week

Hazard 3

You have inmates [illegible] out side. And [illegible] inmate [illegible]. But the inmate [illegible] also [illegible] C.O. to work the job in side as well. [illegible] at work.



2 of 2

Also with the people who go out sick. Some have D.V. and are allowed to work others are not, because they are Regular.

Ground 5

Also on three [illegible] medical request to the [illegible] also grievance [illegible] with no response [illegible] or written response. I have mailed one to [illegible] on Dec 20, January 2 and I wrote the [illegible] [illegible] and [illegible] the response [illegible] "If they want you they will call for you." But if [illegible] should be my [illegible]! "[illegible] to [illegible]".

1 of 1

Today is 12-22-07 and the last time we of Cell Block 3-B was given a towel to shower was 12-15-07. If we was given a towel until we recieve another one like the defendants claim, we would have one now.

The first time all the bars were cleaned in 3-B block was 12-17-07, and i've been in 3-B block from 9-13-07. The defendant claims it's cleaned weekly, which is a lie.

Today is 12-22-07 and the last time we of cell Block was given a razor or shaving power was 12-15-07

Inmates are in 3-B block that i'm sure came off the street that wasn't clean and carry a terrible odor that still have nothing to shower with. So we [illegible], while germs and disease spread from inmate to inmate.

After getting threaten and harassed on 12-19-07 by Officer Hunter, saying to read our rule book because he has a right to do what ever he wanted, We of cell Block 3-B asked for a rule book, then we were made to get out of the bed and taken to the drunk tank, then he said i'm going show what i can do. He [illegible] after asking we never recieved a rule book.

22

1 of 1

Cell Block 3-B

Sheets [illegible] blankets has not been washed not one time during our stay [illegible] incarceration at Montgomery City Jail.
Towels are, and have been past out 1 sometimes 2 days a week, there fore [illegible] hygiene is poorly kept.
Virus, Diseases, and other illnesses are, and have been spread around the cell from inmate to inmate.

Date 10-5-07

| Signatures | Booking | Signatures | Booking |
|---|---|---|---|
| David Addison | 05128 | Stanley Jarrett | 7180 |
| [illegible] Douglas McLemore | | Rodney D Smith | 3507 |
| Ronald A. Hughes | [illegible]3 | [illegible] | 08128 |
| Kenneth M. [illegible] | 1882 | Eddie [illegible] | 06888 |
| Billy Hotgood | 6049 | Raymond Miller | [illegible] |

1061

HENRY R WANNAMAKER #205963

Edward Cook

Adrian Sanbey

Richard Burch

Javel Reese

William Richard

Darron Barnes

Stanley T. Jarrett
plaintiff

V.

City of Montgomery, et al,
Defendant

Case No: 2:07-CV-911-MHT-TFM

## Response to Mary Brantley's Affidavit

1. True he name is Mary Brantley also assistant warden

2. Inmate are not require inmates to stay clean shaven at all times. Inmates are not required to take two showers per week, an don't encourge inmates to shower daily. There is no rule book that we know of to require inmates to do anything. We haven't seen a rule book. Clothing is not exchanged for clean clothing once a week, and more often if necessary. Most weeks we take off our uniform and put in a bag to send to the laundry to get washed, than get the same uniform back.

3. Inmate living quarters are not cleaned daily with hot, soapy water and scouring powder. Approximate 11:45pm a mop bucket with pinesoll, or bleach, and a mop, broom, and brush. But at that time the lights are off, and they picked up before the lights come on.
The Top of not one mattress is cleaned off daily and wiped with a clean dust cloth. Bed are not washed weekly with hot soapy water, by removing the mattresses. I've been in 3-B cell block



for 4 months and i never witnessed these things.
They started to issue towels three times a week after 10-6-07
but before then we recieved one sometime two towels a week.
I've been in cell block 3-B for four months and all sheets and
blankets were only changed out one time which was 12-6-07
by Officer Marshall.

4 All floors are not swept and mopped daily. At night when mop
bucket is pushed in the dark cell mattresses with inmate on
them are on the floor so you can not clean the floor.
Over a 4 month period doing my stay, all bars haven't been
cleaned but one time in 3-B cell block which was approximate
12-15-07 and the walls were washed approximate the same time.

5. The shower was out of order in 3-B cell block in which an
inmate had to work on it to prime, so the water will come
out.
Inmates never kept their towels until we were issued fresh ones
We did not always have a towel. When towels was passed
out they were picked back up in approximate two hours.

6. The Assistant Warden was informed about staphylococcus,
Because Warden Brantley sent some inmates to the hospital
to get the core cut out.



7. Mary Brantley stated the shower in 3-B has not been out of order. That's a lie, The shower was out of order for over two months until it was fix.

8. Mary Brantley stated inmates keep their towels until they are issued fresh ones so they always had a towel, That's a lie. When the towels are passed out to inmates they are given almost 2 hour to shower then the towel are picked back up. A inmate is never given a towel until he or she is given another one.

9. Mary Brantley states they do not issue inmates their own copy of their Standard Operating Procedure Manual, because it's over 100 pages. We the inmates are no given a rule book, shown a rule book and there is not one placed in the cell. Lighter was an inmate handbook.

10. The federal inmates get or can use legal reference materials, but municipal inmates even with felonies holds can not use and is not provided any legal materials. Federal, State, and Municipal inmates all are locked up all have their freedom taken, all have a good chance of losing their jobs. All lost income and all needs to know what they face when they go to Court. Being locked up anywhere, or anyway has an effect on the rest of your life, well being, and the outcome of you life. There for everybody deserves to know what they are facing.

11. This is a Municipal City Jail not a Federal jail so why aren't federal inmates sleeping on the floor like Municipal inmates. Municipal inmates are sleeping all under beds where there is only aproximate a foot clearance after mattress, an inmate cannot even

Stanley T. Jarrett
109 Courtland Dr.
Montgomery Al.
36105

FEB 11

Office Of the Clerk
United States District Cou
P.O. Box 711
Montgomery AL