

EXHIBIT A

TV
FRONT

BACK WALL-RIGHT →

OVER CROWDED

ON FLOOR
SLEEP

WATER

SLEEPING UNDER EATING TABLE

WALK WAY

MIDDLE OF FLOOR
NO ROOM

WATER
ON FLOOR

OUT WORKING

FOOD TRAY
ON FLOOR

UNDER BUNK
ON FLOOR

ON DOOR

MIDDLE

SIDE

WALK WAY

## Stanley Tyrone Jarrett's Affidavit

My name is Stanley Tyrone Jarrett and I'm an inmate at the Montgomery City Jail. I'm of sound mind and this is my statement.

1. Inmates are not required to stay close shaven at all time as Mary Brantley stated. In fact we are allowed to grow hair anywhere and any way we want.

2. Living quarter are not cleaned regularly

3. The top of every mattresses are never cleaned with a dry and wiped with a clean dust cloth and all beds are not washed weekly with hot soapy water, by removing the mattresses aside. **The fact is that these things are never done.** That was another lie told by Mary Brantley.

4. Officers started passing towels out 3 times a week around the second week of October '07 when they got new towels. Before then he was giving towels to use 1 sometime 2 times a week.

5. Mary Brantley stated sheets and blankets are changed out at least once a week. That's another lie. Sheets and blankets have never been changed out but once doing the hold time I've been here, and I've been here almost 4 months. Sheets and blankets was only changed on the 12-6-07 by Officer Marshall.

6. Mary Brantley stated that all bars are wiped down and cleaned once a week, and walls are washed monthly. All bars haven't been wash doing my stay at the Montgomery City Jail,

on 12-06-07 by Officer Marshall. We of 3-B wasn't getting towels 3 times weekly until approximate 10-7-07, Before 10-7-07 1 sometimes 2 times a week, and now the towels has stopped being past out and we were never left, until we the inmates recieve another one. Today is 12-22-07 and the last time we were given a towel was 12-15-07, and we have no towel at all. The shower was out of order unless you prime the shower for about 15 minutes before a shower, in order.

5. Colds and staphylococus is spreading from inmate to inmate with some cases worse then the other, Which because of uncleanliness.

6. My request to see the doctor was ignored until approximate 11 days later. So i suffered with unbearable pain until then. I wrote request for the Doctor, also request to see the nurse which was ignored. By the time i seen the Doctor my swelling had gone down but the pain in my back has gotten worst.

7. There is no legal library for the municipal inmate, There is no legal books at all. Because he feels if we don't have a felony we're not important. Myself and other inmates just plead guilty because we know we will go home. Because we have no way to read up on our cases. In my case there was no lawyer present to represent me on my trail date, then the Judge said to me, if you plead guilty to this case i'll give you time served. I plead guilty but i wasn't guilty. I just knew I wouldn't get no time. If there was law library here i would have fault my cases.



7. We of Cell block 3-B was never seen or given a Standard Operating procedure Manual, We was never given a inmate handbook.

8. I wrote request from the time my back was hurt which was approximate the day after I got here. I was treated for back pain on September 25, 07 and still being treated for back pain at this time. Because of the inmate jumped of his bunk on my back, in this over crowded cell, of mostly traffic fines. We are forced to sleep on the floor, and in the bunk.

9. The capacity of inmates, being over crowded is part of the reason diseases spread like they do. It's more important to the City of Montgomery to lock us up in a over crowded jail which becomes hazardous. Then to give and inmate more time to pay. Because the City of Montgomery can always get them later which is traffic violators.

10. Addition to municipal inmates, a number of federal inmates are housed here at the Municipal Jail. But federal inmates are not sleeping on the floors. Their cells are not over crowded. The Municipal Jail should first be concerned with Municipal inmates.

11. Alot of inmate work two or three jobs while others inmate don't have one.

12. This is not the best the they can do. They can let a inmate

In The United States District Court for
the Middle District of Alabama
Northern Division

Stanley Tyrone Jarrett
          plaintiff                    Case No. 2:07-CV-911-MHT-TFM
-V-
City of Montgomery, et. al

Answer to Affidavit of Willie Collins

Now Comes, plaitiff Stanley Tyrone Jarrett swear to tell the truth about the statements made by Willie Collins' Affidavit 1-10.

1. True, his name is Willie Collins.

2. True, he's the Warden of the Montgomery Municipal Jail.

3. It's false, a copy of inmate handbook is not provided in the cell block. They do not make copies available for any inmates that request an additional copy. Jails are holding Kangaroo Court, an intercha the rules because we don't get rule books so to an person know the rules is the officer. Officers here are quick to punish inmates for there own rules because the officer that know the rules.

4. It's false, that sheets and blankets are changed weekly. Sheets and blankets have only been passed out 1 time in Cell block 3-B during my stay in cellblock 3-B. All sheets and blankets were changed



2 of 3

turn over people sleeping under tables, and in between beds.

12. I gained a back injury because an inmate jumped off a Top Bunk onto my back. I have constant back pain that never stops. My injury happen because this jail is overcrowded. My back is a major part of my life. I remodel houses and I need a healthy back like it was when I came in. I can not make a living with a bad back. This is a health hazard. The only walking space we have for 25 to 28 inmates in a 18 inmate cell is the toilet area which is approximate 6 X 8 foot area. Inmates can not get off bed without stepping on a inmate or an inmate's mattress. This is inhuman. (see picture on Exhibit A)

13. It's true that some people be sick when they come in, but there is no medical evaluation done on inmates before being put in population, and now the population is sleeping knuckles apart. So the sick inmates carry germs, and disease from inmate to inmate.

14. Inmates do not keep their towels until they are issued their second. When towels are given out they are picked up in one to three hours. Inmates are never given a towel until they are issued next one. Inmates don't always have a towel.

15. The inmates handbook is approximate 20 pages. The standard Operating Procedure Manual is over 80 pages. Doing the 4 months I've been here I haven't seen either. I've asked for the inmate handbook many times, and never recieved one.

16. Doing my stay from Sep. 13, 07 until now I never seen a G.I. day on tuesday. On 12-11-07 was the first time we was given anything to wipe off the beds. 12-11-07 was the first time everybody sheets and blankets were changed. Today is tuesday G.I. day is officer call it, but no one changed sheets and blankets.

3 of 3



17. Warded Collins says he's familiar with Stanley Jarrett. Warden Collins and never ever held a conversation, a hello, nore a goodbye, or anything of the sort with Stanley Jarrett. The Warden don't walk around the notice what's going in. Doing my stay here at the City Jail i never seen the Warden walk past or stop to notice what's wrong.

18. There is not any of the Medical Staff available after approximate 5:30 p.m. then it's up to the guard to decide if you are sick enough to seek medical help.

19. I was fired off the floor man 2nd shift job by Officer Welch because of Civil case against the City of Montgomery. He keep saying Stanley i heard you had a Civil sue against the City. Well i wouldn't comment about my case but, he said, the next day a fellow inmate come to me or told me Officer Welch offered him my job. Approximate 2 days later Officer Welch give me a letter that warned me.

20.

10 of 12

Marcus T Greene Hampton

Ground One:

I would like to start off saying that I been here
sence 11/16/07 I was not given a haircut or a
role back. I and assiged to Cell-Block 2B the smell
and the room is unberiable. I Dont seen the sheet and
blanket wash one time sence I been here and that beacus
I was head to the nurse and seen the Warden and saw
him and told him about the smell of the Inmate
sock and we everyday with cold and sores. They ask
for the nurse and he tell them to write a request
sheet but when we ask for them he put us on hold.
Nurse don't come but every two or three days and they
be half wash. But how can we know what wrong or
right when there no one to listen.

Ground Two:

It there no place to sleep why they keep bring in
the room sup. It to 18 bed in room and 25 people
in there, the six people are on floor and after started
in real injuries they put then under the beds now you
can't walk or move without stepin or bumping some one.

Ground Three:

They head pick evey one they want to serve you, thats
that good problem cause half of the people they pick
don't take bother keep their helth up.

2 of 7

⑥ That's A lie About All bars, WAlls And wooden Surfaces Like doors have been Clean weekly I only Seen that once since I been locked up. And I been FoR 6 months.
   I haven't Seen them Clean, the mops, scrub brushes oR the mop bucket Clean since I been here At the city JAil.

⑦ I witness that the Shower in 3-B has been out of oRder. Just As MR. Jarret Claim. I was there when they had maintance to come Repair it. About keep the towel werent Allow because Just As Soon As we get through the CO's come IN take then up we Never keep them at All.

⑧ The Hygien packets with Soap And tissue I never Seen any Issue Since I been here.

⑨ I haven't Recieved Any Copy oF A Standard Operating procedure Manual Since been. I thought they Were foR to give you one when you First get Locked AnyWay I Never Recieve one.



10 of 2

Stanley Tyrone Jarrett
    plaintiff
-V-
City of Montgomery
  Defendants

Case No. 2:07-CV-911-MHT-TFM

## Response to Hellen M. Turner's Affidavit

1. Yes she's Hellen Turner

2. Yes Hellen Turner is the kitchen Supervisor

3. A bland diet has nothing to do with my performance as for as working.

4. A bland diet is not a sickness, and i can't endanger myself of others because i'm on a bland diet.

5. The medical staff gave my a TB shot than gave me the O.K. to work. Nurse Moore, after i complained to her, called the kitchen but never got a reason why i couldn't work in the kitchen.

6. It's true that the only information about Stanley Jarrett she knew was his note asking for a job, and also i recieve a diet tray. There was really no reason she had to deny the plaintiff a job. That is a violation of the Jarrett constitutional rights.



2 of 5 :—

8, I got a shot, then i got O.K. from the nurse. Than i even got nurse Moore to call the Kitchen because she couldn't understand why i couldn't get a job in the Kitchen, Because there are alot of different jobs in the Kitchen such as floor cleaner, tray, baker, dish washer, pot washer, After i get the O.K. from the nurse, o shot from the nurse it still wasn't good enough to work in the Kitchen, but than they hand pick 4 people out of cell block 3-B that was there nurse, than put them in the Kitchen to work without checking on their back ground,



# Affivdavit of Timothy Smith

I, Timothy Smith, hereby testify to the following:

(1) While incarcerated in the Montgomery Municpal Jail, I have seen many malfeasances that occured during the time of December 19, 2007 through December 24, 2007.

(a) Inmates were not issued a hygiene pack once being processed into the system nor tri-wkly.

(b) Towels were not issued as stated in the inmate handbook, but when officers felt compelled to do.

(c) Inmate living quarters are cleaned, but not with hot, soapy water and scouring powder. The water, to the best of my knowledge, is barely room temperature. Also mattresses are not wiped off daily.

(1)



(d) Bars are not wiped down daily and walls and not washed monthly.

(2) As in reference to providing law materials to city inmates, it should not matter if the offense is a felony or not. Everyone is due to fair representation under the law, even if that means representing your self in court, so inmates need and have to be keep abreast of current and new changes in the law.

(3) As far as medical care, when I was processed, I told them of the pain in my lower extremities, and was seen only once, and not checked up on again. This should be thought of along the line of invoking the Geneva Convention, in which prisoners of war are given better health care received than city inmates

(o)

3 of 3



(4) As in over crowding, diseases and inmate violence can and took place in the cell next to the one I was in, which should be considered a violation of inmate rights, but also human rights.

(5) Thus as my testimony comes to a close, it is my opinion that if things do not change, the climate in which inmates are suffering from now will only get to the point of a pandemic outbreak of violence and disease.

Further Affiant ends

Timothy Eston

December 8, 2007

337 West Jeff Davis Apt 10, Montgomery, Alabama 36104

10 of 1



**Montgomery Municipal Correction Facility**
**INMATE REQUEST FORM**

Name: _Stanley Jarrett_          Time: _____

Date: _9-23-07_          Booking# _____

Cellblock: _3-B_

Please check one of the following:

___Charges/Bond Information          ___Money Information
___Food Services          ___Property
___Hygiene items          ___TV Change
___Mail          ___Visitation
    _ASst. Warden Brantley_      ✓Other

**Briefly state your request (Please Print Clearly)**

_Request any Municipal Law Inmate Handbook, and the_
_Municipal Criminal Law News publications._
_Also all information on the appeal process at this_
_city Jail._
_Please tg : I need for United States District Court + my lawyer_    Thanks for your time

_____

Request received by officer _R A Wilson # 579_ Date: _9/23/07_ @ _1700_ hrs
DO NOT WRITE BELOW THIS LINE FOR REPLY ONLY.

Date: _____ Time: _____

_____
_____
_____
_____
_____
_____

**This form should be given to any correction officer.**
**Inmate request forms will be routed to the appropriate supervisor or Administrator.**
**Inmates will receive a copy when a written response is required.**

# MONTGOMERY MUNICIPAL JAIL
# INMATE GRIEVANCE FORM

Q.A.Wilkins #151
09/23/07

**INSTRUCTIONS:**

FILL IN ALL THE INFORMATION REQUESTED DOWN TO THE BOTTOM LINE. IN DESCRIBING THE GRIEVANCE OR COMPLAINT, GIVE AS MUCH INFORMATION AS POSSIBLE. LIST THE NAMES OF ANY PERSONS INVOLVED, THE DATE OR DATES OF ANY RELEVANT EVENTS. THE SPECIFIC LOCATION OF THE EVENTS OR CONDITIONS. WHEN YOU HAVE FINISHED FILLING OUT THE FORM, GIVE IT TO A JAIL STAFF MEMBER.

**INMATES:** Stanley Jarrett          **DATE:** 9-23-07

**GRIEVANCE:** Medical Staff — Discrimination

**DATE OF EVENT OR CONDITION:** 9-15,16,17,18,19-07

**TIME OF EVENT OR CONDITION:** _____

**PLACE OF OCCURANCE:** Cell 3-B

**GIVE DETAIL:** Getting up off his bunk an inmate comes down on my back and neck causing me great pain, swelling, and lost of feeling in arms, fingers, legs and toes often. I've wrote approximate 6 request for the doctor and nurse. Still I haven seen a doctor or nurse about my back & neck. My complaint on the medical request slip was high blood pressure, Hernia, Asthma, Stomach problem, and cold which are all chronic problems. The only reaction I got was a cold pill which is not working but still I never was examine by nurse or doctor yet. I'm going to file a complaint with the District Court ASAP. I've just watch an inmate say his bear hurt, and was escorted to the nurse's station.

**WITNESSESS:** _____

**INMATES SIGNATURE:** Stanley Jarrett     **DATE:** 9-23-07

You were seen by the Doctor today, 8/25/07.



1 of 2

Stanley Tyrone Jarrett
    plaintiff
-V-
City of Montgomery, et al
    Defendant's

Case No. 2:07-CV-911-MHT-TFM

## Witness Interview Affidavits:

Before me is _Michael Cooper_ who voluntarily answers questions, and understands that he only is to tell the truth.

1. I have been in jail since 8-3-07. I have been placed in the annex Gym over the floor with some of 50 inmates and one stool. And no showers at all.
I have caught Staph infection 2 times.

__Hand 2__

The cell that we are housed in still is not hot
it have been 28 inmates placed here at times.
With a busted toilet. And passing out trash 2x week

__Hand 3__

You have inmates that are work out side. And
due to over charges some inmate can't. but the inmate
that that work out side also are showen up to the
C.O. to work the job in side as well. The other
that have caught a staph infection can also catch
a home going in or work.



2 of 2

Also with the people who go out with. Some
have D.V. and are allowed to work others are out,
because they are Popular.

Also on these [illegible] [illegible] to this
[illegible] [illegible] [illegible] with no response
verbal or written response. I have [illegible] [illegible]
this own Dec 22, January 2 and it will [illegible]
[illegible] and [illegible] it we [illegible] [illegible] response [illegible]
if they want you they will call you. But if
[illegible] [illegible] [illegible] [illegible] "[illegible] to appear".

1 of 1



Today is 12-22-07 and the last time we of Cell Block 3-B was given a towel to shower was 12-15-07. If we was given a towel and we recieve another one like the defendants claim, we would have one now.

The first time all the bars were cleaned in 3-B block was 12-17-07, and I've been in 3-B block from 9-13-07. The defendant claims it's cleaned weekly, which is a lie.

Today is 12-22-07 and the last time we of cell block was given a razor or shaving power was 12-15-07.

Inmates are in 3-B block that im sure came off the street that was in clothes and carry a terrible odor that still have nothing to shower with. Some how easily while germs and disease spread from inmate to inmate.

After getting threaten and harassed on 12-19-07 by Officer Hinton, saying to read our rule book because he has a right to do what ever he wanted, we of cell Block 3-B asked for a rule book. then we were made to get out of the bed and taken to the chunk book, then he said i'm going show what i can do. As a day after asking we never recieved a rule book.

## Cell Block 3-B

Sheets and blankets has not been washed not one time during our stay ___ incarceration at Montgomery City Jail.

Towels are, and have been past out 1 sometimes 2 days a week, there fore _____ hygiene is poorly kept.

Virus, Diseases, and other illnesses are, and have been spread around the _____ inmate to inmate.

Date  10-5-07

| Signatures | Booking | Signatures | Booking |
|---|---|---|---|
| Dayo Addis | 05128 | | |
| _____ Douglas McLemore | | Stanley Jarrett | 7180 |
| Danield A. Hughes | | Rodney Smith | 3507 |
| Kenneth M. Fields | 1882 | _____ | 08128 |
| Billy Horwood | 6649 | Eddie Anderson | 06888 |
| | | Romera Miller | |

HENRY R WannamAKER #005913

Edward Cook
Adam Danby

Richard Burch
Javel Reese
William Richard

Darron Barnes

*1 of 3*

Stanley T. Jarrett
    plaintiff

                        } Case No: 2:07-CV-911-MHT-TFM

v.

City of Montgomery, et al,
    Defendant

## Response to Mary Brantley's Affidavit

1. True he name is Mary Brantley also assistant warden

2. Inmate are not require inmates to stay clear than our on towels. Inmates are not required to take two showers per week, and don't encourage inmate to shower weekly. There is no rule book that we knew of to require inmates to do **any**thing. We haven't seen a rule book. Clothing is not exchanged for clean clothing once a week, and more often it is necessary. **Most weeks we take off** our uniform and put in a bag to send to the laundry to get washed, than get the same uniform back.

3. Inmate living quarters are **not** cleaned daily with hot, soapy water and scouring powder. Approximate 11:45pm a mop bucket with pinesoll, or bleach, and a mop, broom, and brush. But at that time the lights are off, and **they picked up** before the lights come on.

The top of **not** one mattress is cleaned off daily and wiped with a clean dust cloth. Bed are not washed weekly with hot soapy water, by removing the mattress. I've been in 3-13 cell block



2 of 3

for 4 months and i never witnessed these things.
They started to issue towels three times a week after 10-6-07
but before then we recieved one sometime two towels a week.
I've been in cell block 3-B for four months and all sheets and
blankets were only changed out one time which was 12-6-07
by Officer Marshall.

4) All floors are not swept and mopped daily. At night when my
bunkd is pushed in the dark cell mattresses with inmate on
them are on the floor so you can not clean the floors.
Over a 4 month period doing my stay, all bars haven't been
cleaned but one time in 3-B cell block which was approximate
12-15-07 and the walls were washed approximate the same time.

5. The shower was out of order in 3-B cell block in which an
inmate had to work on it to prime, so the water will come
out.
Inmates never kept their towels until we were issued fresh ones
We did not always have a towel. When towels was passed
out they were picked back up in approximate two hours.

6. The Assistant Warden was informed about staphylococcus,
Because Warden Brantley sent some inmates to the hospital
to get the core cut out.



3 of 3

7. Mary Brantley stated the shower in 3-B has not been out of order. Thats a lie, The shower was out of order for over two months until it was fix.

8. Mary Brantley stated inmates keep their towels until they are issued fresh ones so they always had a towel, That's a lie. When the towels are passed out to inmates they are given almost 2 hour to shower then the towel are picked back up. A inmate is never given a towel until he or she is given another one.

9. Mary Bratley states they do not issue inmates their own copy of their Standard Operating Procedure Manual, because it's over 400 pages. We the inmates are no given a rule book, shown a rule book and there is not one placed in the cell. Lighter was an inmate handbook.

10. The federal inmates get or can use legal reference materials, but a municipal inmates even with felonies hold's can not use and is not provided any legal materials. Federal, State, and Municipal inmates all are locked up all have their freedom taken, all have a good chance of losing their jobs. All lost income and all needs to know what they face when they go to Court. Being locked up anywhere, or anyway has an effect on the rest of your life, well being, and the out come of you life. There for everybody deserves to know what they are facing.

11. This is a Municipal City Jail not a Federal Jail so why aren't federal inmates sleeping on the floor like Municipal inmates. Municipal inmates are sleeping all under beds where there is only proximate a foot clearance after mattress, an inmate cannot even

Stanley T. Jarrett
109 Courtland Dr.
Montgomery Al.
36105

Office Of the Clerk
United States District Cou
P.O. Box 711
Montgomery Al.