IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **STANLEY TYRONE JARRETT**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. **2:07-CV-911-MHT-TFM** |
| ) | |
| **CITY OF MONTGOMERY**, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Allison H. Highley, of the City of Montgomery Legal Department, hereby withdraws as attorney for Defendants City of Montgomery, W. Collins, M.E. Brantley, Marie Jenkins, and Helen Turner, and that Michael D. Boyle, also with the City of Montgomery, is hereby substituted as counsel for these defendants effective immediately. All future papers, pleadings and correspondence should be served upon Mr. Boyle at the address below.

Respectfully submitted this 12th day of May, 2008.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Withdrawing Attorney

/s/ Michael. D. Boyle
Michael D. Boyle (BOY032)
Substituting Attorney

**OF COUNSEL**
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008, I mailed the foregoing via U.S. Mail, first-class postage prepaid, addressed as follows:

>Stanley Jarrett
>Montgomery Municipal Jail
>Post Office Box 159
>Montgomery, Alabama 36101

>>/s/ Allison H. Highley
>>Of Counsel