# U.S. District Court

## Alabama Middle District (Montgomery)

Stanley Tyrone Jarrett )
Plantiff )
)
— VS — )  Case #2:07-CV-00911-MHT-TFM
)
City of Montgomery inc. )
Defendant )

RECEIVED
2008 AUG -7 A 11: 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion for Freeze or Delay on the Collection or Punishment for Fines

Now Comes, Plaintiff Stanley T Jarrett asking the Honorable Court to a freeze or delay on the collection or punishment for pay fines at the Montgomery City Jail for the following Reasons:

I. At the moment plantiff is envolved in a Civil Case against the Montgomery City Jail.

II. Reason being a Back Injury, which was the fault of the Montgomery City Jail

III. Plaintiff has been to medical doctor, Back Specialist, Physical Theanpy, because of Back Injury.

IV. Still, back has not improved, plaintiff is still experiencing agonizing back pain everyday.

V. Therefore, Plaintiff has been, and still is disable, and not able to work because of the back injury caused by the City Jail.

VI. Plaintiff also had to discontinue Physical Therapy because Montgomery City Jail Warden Collins and Warden Brantley failed to

VII. After Plaintiffs release, Plaintiff recieved in the US, Postage Mail, Bills for the Physical Therapy session that the City Jail agreed to pay for.

VIII. There has been no income coming into the Plaintiffs household because of the Back Injury caused by the City Jail.

VIIII. While incarcerated at the Montgomery City Jail, it was understood that the injury was the fault of the City Jail, because of Crowded Conditions Hd a inmate, jump down off a top bunk bed while lights out, to use the rest room, but landed on plaintiffs back, who was assigned to the the floor between two bunk beds.

X. Now Plaintiff is being threatened to be jailed by collectors for the City Jail because Plaintiff hasn't paid his fine on time.

XI. The Montgomery City Jail is responsible for Plaintiff not being able to pay the fine on time.

XII. Plaintiff is asking the Honorable Court to evaluate his plea for fairness

XIII. Plaintiff was given a fine and time to get out of jail to work to get the money to pay for it, but, before Plaintiff's release, he was injured and not able to work, and the City Jail was responsable.

XIIII. As soon as the out come of this civil case, or I, Plaintiff healthy enough to work, Plaintiff will quickly pay the fines and that behind him.

XV. The Plaintiff is not trying to get out of paying the fines, he only ask the Honorable Court's Judge to postpone collection of fines, until any later date the Honorable Court See fit.

XVI. Now Conditions are still very bad with over crowded conditions promoting health hazards

## Certificate of Service

I Stanley T. Jarrett, swear, that to my knowledge every word of this motion is true

8-5-08
Date

Stanley T. Jarrett
Stanley T Jarrett

8-5-08
Thomas A. Mancuso Jr  Date
Witnessed

Donald Craig O'Neill #26249-050
Federal Prison Camp Montgomery
Maxwell Air Force Base
Montgomery, AL 36112



MONTGOMERY AL 361

06 AUG 2008 PM 2 T

Clerk of the Court
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Al 36101-0711

36101+0711