IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY TYRONE JARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-911-MHT |
| | ) |
| CITY OF MONTGOMERY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for freeze/delay of adverse actions related to fines imposed by a state court, and as the court deems it inappropriate to undertake action regarding such fines, it is

ORDERED that this motion be and is hereby DENIED. The plaintiff is advised that he should address any request(s) related to the fines imposed upon him to the court which imposed the fine.

Done this 11th day of August, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE