THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY JARRETT, | ) |
| Plaintiff, | ) |
| v. | ) 2:07-CV-911-MHT |
| | ) [WO] |
| CITY OF MONTGOMERY, *et al.*, | ) |
| Defendants. | ) |

OPINION

This litigation is now before the court on the recommendation of the United States Magistrate Judge, entered on January 25, 2010 (Doc. 38), that this case should be dismissed as moot. After a review of the recommendation, to which the plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. An appropriate judgment will be entered.

DONE, this the 26th day of February, 2010.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE