IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STANLEY JARRETT,                          )
                                          )
          Plaintiff,                      )
                                          )
     v.                                   )          2:07-CV-911-MHT
                                          )              [WO]
                                          )
CITY OF MONTGOMERY, *et al.*,             )
                                          )
          Defendants.                     )

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that the recommendation of the United States Magistrate Judge

(Doc. 38) is adopted and this action is dismissed as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a

final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of February, 2010.

          /s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE